**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6882**

BRODERICK PATTERSON,

          Plaintiff - Appellant,

     v.

LIAM KENNEDY, Eastern Correctional Institution; DAYTON
REXRODE, Eastern Correctional Institution; KATHLEEN GREEN,
Warden, Eastern Correctional Institution; JEFFREY KESTLER,
Sergeant, Eastern Correctional Institution; DANIEL BARNES,
Captain, Eastern Correctional Institution,

          Defendants - Appellees,

     and

J. ROLLEY; LA-TRICIA TAYLOR; ROBERT HANKE; CHRISTOPHER
MCREEDY,

          Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:11-cv-02487-DKC)

Submitted: October 22, 2013     Decided: October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Broderick Patterson, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Siobhan Kelly Madison, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Broderick Patterson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patterson v. Kennedy, No. 8:11-cv-02487-DKC (D. Md. filed June 25, 2012 & entered June 26, 2012; Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3